**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DARREN PITTS (#562672)** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** | **NO. 20-00523-BAJ-SDJ** |

**JUDGMENT**

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 11th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**